PHILLIP A. TALBERT
United States Attorney
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for Plaintiff
United States of America

**FILED**

NOV 29 2017

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
      DEPUTY CLERK

**SEALED**

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      v.<br><br>KULJIT SINGH,<br>     "aka" Tony,<br><br>            Defendant. | CASE NO. 2:17-MJ-0211-KJM<br><br>[PROPOSED] ORDER RECALLING ARREST WARRANT |

### ORDER

The United States has moved to recall the Arrest Warrant for defendant Kuljit Singh, "aka" Tony, for the above-referenced case. The Court, having reviewed the motion, finds that the motion is made in good faith. Accordingly, the Court hereby orders that that the Arrest Warrant as to defendant Kuljit Singh, "aka" Tony, be recalled.

SO ORDERED.

Dated:  11/29/17    , 2017         _____
                                   Hon. ALLISON CLAIRE
                                   United States Magistrate Judge

[PROPOSED] ORDER RECALLING ARREST WARRANT              1