| | |
|---|---|
| 1 | McGREGOR W. SCOTT<br>United States Attorney |
| 2 | TODD A. PICKLES<br>ROSANNE L. RUST |
| 3 | Assistant United States Attorneys<br>501 I Street, Suite 10-100 |
| 4 | Sacramento, CA 95814<br>Telephone: (916) 554-2700 |
| 5 | Facsimile:   (916) 554-2900 |
| 6 | Attorneys for Plaintiff<br>United States of America |

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 2:17-CR-211 KJM |
| Plaintiff, | REQUEST TO DISMISS INDICTMENT; AND ORDER |
| v. | |
| KULJIT SINGH,<br>    "aka" Tony, | |
| Defendant. | |

In the interests of justice, the United States of America, through Assistant United States Attorney Rosanne L. Rust, hereby requests that the Court dismiss the Indictment in this case.

Respectfully submitted,

DATED: July 2, 2018

McGREGOR W. SCOTT
United States Attorney

*/s/ Rosanne L. Rust*_____
TODD A. PICKLES
ROSANNE L. RUST
Assistant United States Attorneys

For the UNITED STATES OF AMERICA

REQUEST TO DISMISS INDICTMENT; ORDER

1

ORDER

This matter came before the Court on the United States's request to dismiss the Indictment in the interests of justice. The Court hereby ORDERS that the Indictment is DISMISSED.

Thereafter, the Clerk of the Court shall close the case.

IT IS SO ORDERED.

DATED: July 3, 2018.

_____
UNITED STATES DISTRICT JUDGE